# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131334

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 131334
                              COA: 259608

RICHARD LOUIS SWEET, JR.,
                              St. Clair CC: 02-001152-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006                  _____
                                             Clerk

l0918